# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN B. WILLIAMS, | NO. 1:09-cv-00468 OWW YNP SMS (PC) |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | (Doc. 1) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983  The Court screened Plaintiff's August 28, 2009, first amended complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants Wegman, Ortiz, Howard, Bradley on Plaintiff's free exercise and RLUIPA claims..[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).  Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

      WEGMAN

      ORTIZ

      HOWARD

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Plaintiff's due process claim and the remaining defendants be dismissed.

1

BRADLEY

GONZALES

2. The Clerk of the Court shall send Plaintiff five USM-285 forms, five summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed August 28, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Six copies of the endorsed first amended complaint filed August 28, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:     December 14, 2009**              /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE