IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN B. WILLIAMS,

    Plaintiff,                           1: 09 CV 00468 OWW YNP SMS (PC)

    vs.                                 ORDER RE: FINDINGS & RECOMMENDATIONS (#20)

MATTHEW CATE, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On December 15, 2009, findings and recommendations were entered, recommending dismissal of Plaintiff's Due Process claim and Defendants Cate, Billings, Pfeiffer and Grannis. Plaintiff was provided an opportunity to file objections within thirty days. On January 12, 2010 Plaintiff filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on December 15, 2009, are adopted in full; and

2. Plaintiff's Due Process claim, and Defendants Cate, Billings, Pfeiffer and Grannis are dismissed.

IT IS SO ORDERED.

**Dated:   January 26, 2010**                         **/s/ Oliver W. Wanger**
                                                     UNITED STATES DISTRICT JUDGE