1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


ALLEN B. WILLIAMS,                              1:09-cv-00468 OWW SKO (PC)

       Plaintiff,                              ORDER GRANTING FIRST MOTION
                                               TO EXTEND TIME TO ANSWER
   vs.                                         PLAINTIFF'S DISCOVERY

MATTHEW CATE, et al.,                          (Motion#50)

       Defendants.                             30-DAY DEADLINE

_____/

      On June 25, 2010, Defendants filed a request to extend the time to answer Plaintiff's

discovery until after the Court rules on the pending motion to dismiss.  For good causes shown,

IT IS ORDERED that Defendants' request is granted.  The deadline to respond to Plaintiff's

discovery requests is extended until thirty days after the Court rules on the pending motion to

dismiss.

IT IS SO ORDERED.

**Dated:   June 29, 2010**                           **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE