1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN B. WILLIAMS, | CASE NO. 1:09-cv-00468-OWW-SKO PC |
|         Plaintiff, | ORDER DENYING MOTIONS |
|      v. | (Docs. 27, 40, 42) |
| WEGMAN, et al., | |
|         Defendants. | |

        Plaintiff Allen B. Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

        On March 15, 2010, Plaintiff filed a motion requesting the entry of default and default judgment against all defendants in this action ("Defendants"). (Doc. #27.) Plaintiff filed a second motion requesting default on May 5, 2010. (Doc. #40.) Plaintiff's motions were premature as Defendants' deadline for filing an answer to Plaintiff's complaint had not yet expired. Defendants filed their answer on April 21, 2010. (Doc. #36.) Defendants' answer was timely, since the Court granted Defendants an extension of time to file their responsive pleading on March 23, 2010. (Doc. #30.) Thus, Plaintiff's requests for entry of default will be denied.

        On May 5, 2010, Plaintiff filed a motion requesting an extension of time to file an opposition to Defendants' answer. (Doc. #42.) It is not necessary for Plaintiff to file an opposition to Defendants' answer. Pursuant to Federal Rule of Civil Procedure 7(a), a reply to an answer is only permitted if the Court orders a reply. The Court has not ordered Plaintiff to file a reply to Defendants' answer. Therefore, Plaintiff's request for an extension of time is unnecessary and will

1

be denied.

Accordingly, it is HEREBY ORDERED that:

1.     Plaintiff's motions requesting entry of default and default judgment, filed on March 15, 2010, and May 5, 2010, are DENIED; and

2.     Plaintiff's motion requesting an extension of time to file an opposition to Defendants' answer is DENIED.


IT IS SO ORDERED.

**Dated:     September 15, 2010          _____/s/ Sheila K. Oberto_____**
UNITED STATES MAGISTRATE JUDGE