IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN B. WILLIAMS, | Case No. 1:09-cv-00468 OWW JLT (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION TO EFFECTUATE SERVICE OF PROCESS |
| v. | |
| MATTHEW CATE, et al., | (Doc. 37) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se an *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On April 19, 2010, the United States Marshal returned process directed to Defendant Bradley unserved. (Doc. 37.) According to the returned USM-285 form, process was initially mailed to Kern Valley State Prison ("KVSP"). (Id.) However, process was not effectuated on the defendant because the defendant no longer works at KVSP and cannot be located. (Id.)

Thus, Plaintiff must provide additional information about where this defendant may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, et seq., or any other means available. In the interest of justice, Defense counsel is also encouraged to assist Plaintiff in this endeavor, to the extent that counsel has any information regarding the current whereabouts of Defendant Bradley.

Plaintiff must proceed with haste. Federal Rule of Civil Procedure 4(m) requires that an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is

1

enlarged based upon a demonstration of good cause. Fed. R. Civ. P. 4(m). This case is well beyond that point. It has been over a year since Plaintiff filed the operative complaint and discovery has already closed in this action. (Doc. 38.)

Accordingly, it is **HEREBY ORDERED** that:

1. The Clerk of the Court is directed to send Plaintiff one USM-285 form and a copy of the endorsed amended complaint filed August 28, 2009 (Doc. 12).

2. Within sixty (60) days from the date this order is served, Plaintiff may either:

    a. Notify the Court in writing that he wishes to voluntarily dismiss Defendant Bradley from this action;[1] or

    b. Submit to the Court a completed USM-285 form providing new instructions for service of process upon Defendant Bradley and two (2) copies of the endorsed amended complaint provided to Plaintiff.

3. Plaintiff is firmly cautioned that his failure to comply with this order will result in a recommendation that Defendant Bradley be dismissed from this action.

IT IS SO ORDERED.

Dated:   **February 9, 2011**                    **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The dismissal will be without prejudice. However, Plaintiff is advised that absent tolling the statute of limitations period for a civil rights action under § 1983 is two years. Jones v. Blanas, 393 F.3d 918, 927 (9th Cir. 2004).