IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN B. WILLIAMS,<br><br>            Plaintiff,<br><br>      v.<br><br>MATTHEW CATE, et al.,<br><br>            Defendants.<br>_____/ | Case No. 1:09-cv-00468 OWW JLT (PC)<br><br>ORDER TO SHOW CAUSE<br><br>ORDER DENYING MOTION FOR THE IMPOSITION OF SANCTIONS AND REQUEST FOR SUBPOENAS DUCES TECUM<br><br>(Doc. 73) |

   Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed March 24, 2011, the Court granted in part and denied in part Defendants' June 22, 2010 motion to dismiss.[1] (Doc. 71.) Pursuant to the Court's order filed on June 29, 2010, within thirty days of the Court's ruling on Defendants' motion to dismiss, Defendants were to have responded to Plaintiff's discovery requests. (Doc. 51.) It now appears that Defendants have not complied with the Court's June 29, 2010 order because on April 26, 2011, Plaintiff filed a motion to renew his discovery requests, to request sanctions, and to request the issuance of subpoenas duces tecum. (Doc. 73.)

   Accordingly, it is **HEREBY ORDERED** that:

   1.   Within 14 days Defendants shall show cause why they have failed to timely respond to Plaintiff's discovery requests and why sanctions should not be imposed; and

---

[1] This action is now proceeding against Defendants Wegman and Howard for violations of the First Amendment and RLUIPA, and against Defendants Wegman, Ortiz, Gonzales, and Howard for violations of the Equal Protection Clause of the Fourteenth Amendment. (Doc. 71.)

1

2. Plaintiff's April 26, 2011 motion, to the extent that Plaintiff requests sanctions and the issuance of subpoenas duces tecum, is **DENIED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Dated: **April 28, 2011**              /s/ Jennifer L. Thurston
                                                       UNITED STATES MAGISTRATE JUDGE

2