IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN B. WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:09-cv-00468 OWW JLT (PC)<br><br>ORDER DENYING DEFENDANTS' REQUEST FOR RE-SERVICE OF PLAINTIFF'S MOTION TO COMPEL<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 78) |

　　　　On May 25, 2011, Defendants filed a request for the re-service of Plaintiff's motion to compel (Doc. 75) and a request for a thirty-day extension of time to file a response to the motion to compel. Defendants explain that while the motion to compel refers to Plaintiff's declaration and Exhibits "A", "B", "C", and "D", none of the documents were actually attached to Defendants' served copy.

　　　　It appears that Plaintiff submitted a copy of the above referenced documents to the Court. The documents have been filed under docket number 77. Thus, in the interest of preserving resources, the Court will not instruct Plaintiff to reserve the motion to compel at this time. Instead, Defendants are referred to docket number 77. If, however, Defendants find that docket number 77 does not contain all the documents referenced in the motion to compel, they may renew their request for re-service of the motion to compel.

　　　　Defendants' request for an extension of time to file a response to Plaintiff's motion to compel will be granted.

1

In accordance with the above, it is **HEREBY ORDERED** that:

1. Defendants' request for re-service of the motion to compel is **DENIED WITHOUT PREJUDICE**;
2. Defendants' request for an extension of time to file a response to the motion to compel is **GRANTED**; and
3. Defendants shall file a response to the motion to compel within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **May 26, 2011**                                            /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE