IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLEN B. WILLIAMS,**<br><br>                        Plaintiff,<br><br>      v.<br><br>**MATTHEW CATE, et al.,**<br><br>                        Defendants. | Case No. 1:09-CV-00468-LJO-JLT<br><br>**ORDER GRANTING SEVEN DAY EXTENSION TO FILE DISPOSITIVE MOTION**<br><br>**(Doc. 106)**<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR NOTICE OF NONOPPOSITION TO** |

Good cause appearing, the Court **ORDERS:**

1. Defendants' request for a modification of the scheduling order to file a dispositive motion is **GRANTED**. Defendants have until March 2, 2012, to file a dispositive motion;

2. Within 30 days of the filing of the dispositive motion, Plaintiff SHALL file either a notice of non opposition to the motion OR SHALL file an opposition.

///

///

///

///

///

3. Plaintiff is advised that his failure to oppose the motion will result in the Court evaluating the motion on the evidence presented with the motion and may result in a grant of summary judgment in favor of the Defendants. This would terminate the action before trial.

IT IS SO ORDERED.

Dated:   **February 27, 2012**              **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE